FILED
CHARLOTTE, NC

MAY 12 2026

US DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

United States district court for the western district of north Carolina Charlotte division

MARSHALL )
VS )
ARAMARK CO. )

FROM: Darris D. Marshall
P.I.d # 369947
MECKlenburg County SHeriffs OFFICE
801 E. 4th St
Charlotte NC 28202

WRit of 42 USCS 1983:

MR MARSHALL RESPECTFUlly petitions This Court To Issue This Action pursuant To 42 U.S.C. 1983 To Review Repeated violAtions of Color of StAte LAWs within The MEANings of 42 U.S.C. 1983 By ARAMARK CO.

FACtS:

On 3/4/26 MR MARSHAll WAS placed on A Religous Kosher diet vIA CoNtRAct By The Chaplain Services At The MECKIENBURG County Jail CENtRAl detention CENteR. MR MARShall Is A verified musIIm And The Kosher diet Aligns with His Religous Beliefs And ARe completely different FROM The NutRitional Servings that The Inmates on REGUlAR diets REcIeve BECAUSE The MEAIS AlreAdy come pre-prepared And AReNt prepared with utENsils That ARe CROSS CONtAMINATEd, HOWEVER ARAMARK CO. which Is

Page 1 of 3

CONTRACTED THROUGH THE MECKLENBURG COUNTY JAIL CENTRALS detention CENTER AND IS IN CHARGE OF PROVIDING FOOD TO THE INMATES HAS FAILED TO MEET MR. MARSHALLS dietary NEEDS ON NUMEROUS OCCASIONS BEGINNING ON 3/5/26 WHERE MR. MARSHALL didn't RECIEVE HIS LUNCH OR dINNER KOSHER MEALS and SUBMITTED GRIEVANCE NO. 2077367 VIA THE JAILS KIOSK MACHINE, HOWEVER MR MARSHALLS FIRST AMENDMENT, Eighth AMENDMENT AND 42 U.S.C. 2000 CC Et Seq RLUIPA RIGHTS ARE CONTINUOSLY BEING VIOLATED AND GRIEVANCES ARE steadily BEING FILED ON HIS BEHALF SPECIFICALLY ON THE FOLLOWING dates THAT ARE LISTED 3/13/26 GRIEVANCE NO. 2082085 3/21/26 GRIEVANCE NO. 2086448 AND 4/16/26 GRIEVANCE NO. 2110232, MEANWHILE ARAMARK CO. HAS YET TO RESOLVE THIS ISSUE WHICH HAS CAUSED MR. MARSHALL SIGNIFICANT WEIGHT LOSS AND EMOTIONAL dISCOMFORT dUE TO HIS NUTRITIONAL deprivation

REASON WHY WRIT SHOULD ISSUE:

MR. MARSHALL WOULD LIKE A RULE 56(a) OF THE FEDERAL RULES OF CIVIL procedure TO HAVE THIS ACTION REVIEWED IN THE UNITED STATES dISTRICT COURT FOR THE WESTERN district OF NORTH CAROLINA Charlotte division due TO VIOLATIONS OF THE CONSTITUTIONAL LAW AND PROVISIONS OF THE LAWS OF THE UNITED STATES UNDER THE Eighth

AMENDMENT LAW

deprivation OF Food which violates The Right TO BE FREE FROM CRUEL And UNUSUAL PUNISHMENT, VIOLATION OF The FIRST AMENDMENT Which VIOLATES The FREE EXERCISE OF RELIGON And AISO A VIOLATION OF 42 U.S.C. 2000 cc Et seq which VIOLATES The RELIGOUS LAND USE And INSTITUTIONALIZEd PERSONS ACt

## CONCLUSION:

WHEREFORE, MR MARShall RESPECTFUIly ASK That THIS ACTION IS REVIEWED And That JUSTICE IS served BY THE UNITED STATES district court FOR THE WESTERN district OF NORTH CAROLINA Charlotte division, MR. MARShAll AISO SEEKS MONETARY RELIEF FOR HIS PAIN, SUFFERING And Food deprivATION.

RESPECTFUIly Submitted
This The 17th day OF April 2026
DARRIS D. MARShAll
D— M—
P.I.d. # 369947
MECKIENbURg COUNTY ShERIFFS OFFICE
801 E. 4th St
CHARIOTTE NC 28202.

Case 3:26-cv-00378-MR     Document 1     Filed 05/12/26     Page 3 of 3